THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK LEE, alias ALFRED MINUTOLO, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Submitted January 3, 1955; decided January 6, 1955.

*Frank Lee,* in person, for motion.

No one opposed.

Motion for leave to prosecute appeal as poor person and for assignment of counsel granted and Richard W. Coughlin, Esq., 175 Broadway, Menands, New York, assigned as counsel to relator on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NORMAN L. HORTON, Appellant.

Submitted January 3, 1955; decided January 10, 1955.

Motion for reargument or, in the alternative, to amend the remittitur denied. [See 308 N. Y. 1.]